# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2542

_____

United States of America,

        Appellee,

v.

Philip L. Nelson,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*     [UNPUBLISHED]
\*

_____

Submitted: July 7, 1999
Filed: August 10, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
    Judges.

_____

PER CURIAM.

Philip L. Nelson appeals from the district court's[1] order denying his motion, pursuant to Federal Rule of Criminal Procedure 41(e), for return of seized property. After careful review of the record and the parties' submissions, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

A true copy.

Attest:

     CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.